# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS AT LAW · WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION
Wall Street Plaza, 88 Pine Street, 21st Floor, New York, NY 10005-1801
(212) 376-6400  Fax (212) 376-6490

Direct Dial: (212) 376-6454
Email: npchrysanthem@mdwcg.com

**PENNSYLVANIA** — Allentown, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton
**NEW JERSEY** — Mount Laurel, Roseland
**DELAWARE** — Wilmington
**OHIO** — Cincinnati, Cleveland
**FLORIDA** — Ft. Lauderdale, Jacksonville, Orlando, Tampa
**NEW YORK** — Long Island, New York City, Westchester

October 24, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 2 5 2019

SO ORDERED:

/s/ George B. Daniels

George B. Daniels, U.S.D.J.

Dated: OCT 2 5 2019

**Via ECF**
Honorable George B. Daniels
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: Jon R. Morgan et. ano v. Easton Diamond Sports, LLC
Civil No.: 1:19-cv-07218
Our File No.: 12177.00606

Dear Judge Daniels:

This office represents the defendant, Easton Diamond Sports, LLC, in connection with the above-referenced matter. We write, jointly with counsel to Plaintiff, to inform the Court that the parties have reached a settlement in principle.

The parties respectfully request that the Court dismiss this action with leave to reopen the case in Thirty (30) days from today's date if the parties have not submitted their final Notice of Dismissal by such time.

In view of the contemplated settlement, the parties respectfully request the Court adjourn all pending dates and deadlines, *sine die*.

We thank Your Honor for your consideration.

Respectfully submitted,

Nicholas P. Chrysanthem

NPC:pah

cc: Jonathan Shalom, Esq. (*via ECF*)

LEGAL/125722036.v1